UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:                                              Case No. 19-23901- KMP

DEBBIE HARRIS

                                                                                Chapter 13 Bankruptcy Case

                 Debtor

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF COMPLETION
## OF PAYMENTS TO THE TRUSTEE

       The Trustee certifies that the Trustee has received all payments due to the Trustee under the plan in this case.

       This certificate does not ensure that the court will grant a discharge and close the case, as additional requirements apply. Debtors should consult with their bankruptcy attorney for assistance.

       No notice of final cure under Rule 3002.1(f) will be sent in this case because there is no claim holder that is required to receive such a notice.

       Respectfully submitted this 26th day of July 2022.

                                                   *Scott Lieske*
                                                   Scott Lieske
                                                   Chapter 13 Standing Trustee
                                                   P.O. Box 510920
                                                   Milwaukee, WI 53203
                                                   (414) 271-3943

cc: GERACI LAW L.L.C. (via CM/ECF only)
     DEBBIE HARRIS

19-23901 HARRIS NOC

